ROBINSON & COLE LLP
Adam J. Petitt, Esquire (N.J. ID # 020822008)
1650 Market Street, Suite 3030
Philadelphia, PA 19103
Telephone: (215) 398-0562
Email: apetitt@rc.com

*Attorney for Defendant Aetna Life Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

---

| | | |
|---|---|---|
| PARCELLS PLASTIC SURGERY LLC, | : | |
| | : | Case No. 3:25-cv-14776-ZNQ-JTQ |
| *Plaintiff,* | : | |
| | : | |
| v. | : | **NOTICE OF APPEARANCE** |
| | : | |
| AETNA LIFE INSURANCE COMPANY, | : | |
| | : | |
| *Defendant.* | : | |

---

**PLEASE TAKE NOTICE** that Adam J. Petitt of the law firm of Robinson & Cole LLP hereby appears in the above-captioned action as counsel of record for Defendant Aetna Life Insurance Company.

I certify that I am admitted to practice in this Court.

Dated: September 11, 2025

ROBINSON & COLE LLP

/s/ *Adam J. Petitt*
Adam J. Petitt
ROBINSON & COLE LLP
1650 Market Street, Suite 3030
Philadelphia, PA 19103
Telephone: (215) 398-0562
Email: apetitt@rc.com

*Attorneys for Defendant*
*Aetna Life Insurance Company*