# Robinson+Cole

ADAM J. PETITT

One Liberty Place
1650 Market Street, Suite 3030
Philadelphia, PA 19103
Main (215) 398-0600
Fax (215) 827-5982
apetitt@rc.com
Direct (215) 398-0562

**ORDER**

*Via ECF*

September 30, 2025

Hon. Justin T. Quinn, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:  *Parcells Plastic Surgery LLC v. Aetna Life Insurance Company*
     C.A. No.: 3:25-cv-14776-ZNQ-JTQ

Dear Judge Quinn:

My firm represents Defendant Aetna Life Insurance Company ("Aetna") in the above-referenced matter. On August 20, 2025, Plaintiff filed its Complaint. (ECF No. 1). On September 11, pursuant to L.R. 6.1(b), Aetna applied for a 14-day extension to respond to the Complaint from September 16 to September 30, which the Clerk granted. (ECF No. 7). Aetna has since identified additional information relating to the IDR award at issue in this matter and it needs additional time to complete that investigation to prepare its response to Plaintiff's Complaint. As such, **Aetna respectfully requests an additional 30-day extension to file its response, which would make Aetna's response due October 30**. Aetna apologizes for submitting this request under Your Honor's preferred two-business-day deadline for extension requests. Plaintiff consents to this request and the extension would not impact any other scheduled deadlines.

Aetna appreciates the Court's time and consideration in this matter.     **GRANTED**

Respectfully,

*/s/ Adam J. Petitt*
Adam J. Petitt

So Ordered October 1, 2025

cc: All Counsel of Record (*via ECF*)

Hon. Justin T. Quinn, U.S.M.J.